**No. 66653.**—Louis Goldey *v.* United States, protests 288141–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that certain items of the merchandise, manufactured by P.E.L.V., consist of opal glass tile or tiling, the claim of the plaintiff was sustained.

**No. 66654.**—U.S. Divers Co. *v.* United States, protest 61/5293 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of diving masks and parts similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.